UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CANDIDA GARCIA | : | |
| | : | |
| Plaintiff(s), | : | Civil 16-2665 (SDW) |
| | : | |
| v. | : | Order for Dismissal |
| | : | Pursuant to F.R. Civ. P.4(m) |
| EAST ORANGE GENERAL HOSPITAL, ET AL.: | | |
| | : | |
| Defendant(s), | : | |

It appearing that the above captioned action having been pending for more than 90 days and plaintiff having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

It is on this 29TH day of November, 2016

O R D E R E D  that the above captioned  action be and is hereby dismissed, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.


　　　　　　　　　　　　　　　　　　　/s/  SUSAN D. WIGENTON
　　　　　　　　　　　　　　　　　　United States District Court Judge